### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ _____Fourth_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **JORGE ARDILA**   JOINT DEBTOR: _____   CASE NO.: 14-11099-LMI
Last Four Digits of SS# XXX-XX-9976   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ _248.72_ for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _3,650.00_ (+775.00 Motion to Value )= $4,425.00 TOTAL PAID $2,000.00
               Balance Due $ _2,425.00_ payable $ _121.25_ /month (Months _1_ to _20_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal

Property:
1. NONE

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Bank Account No.5003134032 | Property Address: 1165 NE 87th Street Miami, FL 33138 Value $18,000 Appraisal by: PMR Appraisals, Inc. | 0.0 % | $0.00 | 1 To 60 | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   Total Due $_____
                      Payable $_____/month (Months ___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ _102.60_ /month (Months _1_ to _20_), $ _223.85_ /month (Months _21_ to _60_). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor will continue to make payments on 1st mortgage Morgan Stanley Home Loans ( Account No.XXX-9379) on property located at 1165 NE 87th Street, Miami, FL 33138.

LF-31 (rev. 06/02/08)

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

Debtor's amended CMI (ECF#29 ) reflects a commitment period of 60 months. Debtors plan will be for a commitment period of 60 months.

Debtor surrenders and abandons his interest in the property located at Vacant Lot in Russell County, Kentucky Having the Legal description of: BEING LOT No. 80 of Captain's Point Subdivision. Plat Cabinet 3, Slide 852, Russell County, Kentucky financed by Branch Banking and Trust Company.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


  /s/ Jorge Ardila  
Debtor                                                        Joint Debtor  
Date:   6/5/2014                                      Date: