**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                             Case No. 14-11099-LMI

Jorge Ardila
                                                   Chapter 13
_____Debtor_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Creditor, PHH Mortgage Corporation filed a secured proof of claim (claim number 6) with arrearages in the amount of $530.76. Said Creditor is being paid directly outside the plan. Debtor requests the arrearage be stricken as the Creditor will not receive a distribution from the Chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: June 5, 2014                    /s/ *Robert Sanchez, Esq.*
                                       Fl Bar No. 044261
                                       Robert Sanchez, P.A.
                                       355 West 49th Street
                                       Hialeah, FL 33012

LF-70 (rev. 12/01/09)