# UNITED STATES BANKRUPTCY COURT
## MIAMI
### SOUTHERN DISTRICT OF FLORIDA DIVISION

CASE NO.: 14-11099-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

JORGE ARDILA

DEBTOR_____/

## REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **February 25, 2017**. The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said Order.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 2nd day of March, 2017.

                                            */s/ Nancy K. Neidich*_____
                                            NANCY K. NEIDICH, ESQUIRE
                                            STANDING CHAPTER 13 TRUSTEE
                                            P.O. BOX 279806
                                            MIRAMAR, FL 33027-9806

CC: JORGE ARDILA
      ROBERT SANCHEZ, ESQUIRE